# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
### Eastern Division

I. E. C.

                        Plaintiff,

v.                                                    Case No.: 1:22−cv−01260

                                                                Honorable Sharon Johnson Coleman

United States Citizenship and Immigration Services, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motions for leave to file under seal [7, 10, 13] are granted. Plaintiff's motion for leave to proceed in forma pauperis [6] and to proceed under a pseudonym [9] are granted. The Court reminds the parties of LR 5.3 and this Court's standing orders, which require all motions to be noticed up for presentment before this Court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.